1  McGREGOR W. SCOTT
   United States Attorney
2  STANLEY A. BOONE
   SHEILA K. OBERTO
3  Assistant U.S. Attorneys
   4401 Federal Building
4  2500 Tulare Street
   Fresno, California  93721
5  Telephone:  (559) 497-4042

6
                IN THE   UNITED STATES DISTRICT COURT FOR THE
7
                        EASTERN DISTRICT OF CALIFORNIA
8

9  UNITED STATES OF AMERICA,     )    01:  07-CR-00057 OWW
                                 )
10              Plaintiff,       )    STIPULATION TO CONTINUE
                                 )    HEARING and RESPONSE DATE and
11      v.                       )    ORDER
                                 )
12 CORY BEAUFORD and             )
   THOMAS SANCHEZ,               )
13                               )
                Defendants.      )
14                               )

15 _____

16      IT IS HEREBY STIPULATED by and between the parties hereto
17 through their respective counsel, STANLEY A. BOONE,  Assistant
18 United States Attorney for Plaintiff and CARRIE S. LEONETTI and
19 GALATEA R DELAPP, attorneys for defendants, that the hearing
20 presently set for January 22, 2008, at 9:00 a.m., may be continued
21 to February 4, 2008, at 9:00 a.m.  Also, the government's response
22 to defendant's motions, presently due on January 14, 2008, shall
23 be continued to January 28, 2008.
24 //
25 //
26 //
27
28                                    1

The parties also agree that time is excluded pursuant to the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and (h)(8)(A).

                                        Respectfully submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

DATED: 1/14/08                By   /s/ Stanley A. Boone
                                            STANLEY A. BOONE
                                            Assistant U.S. Attorney

DATED: 1/14/08                By   /s/ Carrie S. Leonetti
                                            CARRIE S. LEONETTI
                                            Attorney for Cory Beauford

DATED: 1/14/08                By   /s/ Galatea R DeLapp
                                            GALATEA R DELAPP
                                            Attorney for Thomas Sanchez

IT IS SO ORDERED.

**Dated:   January 15, 2008**            **/s/ Oliver W. Wanger**
                                          UNITED STATES DISTRICT JUDGE