```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  STANLEY A. BOONE
    SHEILA K. OBERTO
 3  Assistant U.S. Attorneys
    4401 Federal Building
 4  2500 Tulare Street
    Fresno, California  93721
 5  Telephone:  (559) 497-4042
```

IN THE  UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 01:  07-CR-00057 OWW |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | HEARING and RESPONSE DATE and |
| v. | ) | ORDER |
| | ) | |
| CORY BEAUFORD and | ) | |
| THOMAS SANCHEZ, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, STANLEY A. BOONE, Assistant United States Attorney for Plaintiff and CARRIE S. LEONETTI and GALATEA R DELAPP, attorneys for defendants, that the hearing presently set for February 4, 2008, at 9:00 a.m., may be continued to March 3, 2008, at 1:30 a.m.  Also, the government's response to defendant's motions, previously due on January 28, 2008, for which the government filed a motion to extend on that date, shall be continued to February 25, 2008.

IT IS FURTHER STIPULATED that the motion field by the government on January 28, 2008, requesting an extension of time to

1

file its responsive brief and for continuance of hearing date is hereby rendered moot by the stipulation and withdrawn by the government.

The parties also agree that time is excluded pursuant to the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and (h)(8)(A).

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

DATED: 1/30/08          By   /s/ Stanley A. Boone
                             STANLEY A. BOONE
                             Assistant U.S. Attorney

DATED: 1/30/08          By   /s/ Carrie S. Leonetti
                             CARRIE S. LEONETTI
                             Attorney for Cory Beauford

DATED: 1/30/08          By   /s/ Galatea R DeLapp
                             GALATEA R DELAPP
                             Attorney for Thomas Sanchez

**ORDER**

IT IS SO ORDERED.

**Dated:   January 31, 2008**          /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE

2