McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | 1:07-CR-0057-0WW |
| )  Plaintiff, ) | STIPULATION TO CONTINUE STATUS CONFERENCE and ORDER |
| v. ) | |
| THOMAS SANCHEZ, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Stanley A. Boone, Assistant United States Attorney for Plaintiff, and Galatea R. DeLapp, Attorney for Defendant, Thomas Sanchez, that the Status Conference set for May 5, 2008, at 1:30 p.m., may be continued to May 19, 2008, at 1:30 p.m.

///
///
///
///
///
///

1

1  This continuance is necessary due to a family emergency of defendant's attorney.

2
3                                              McGREGOR W. SCOTT
                                               United States Attorney
4
   DATED:  April 29, 2008            By    /s/ Stanley A. Boone
5                                          STANLEY A. BOONE
                                           Assistant U.S. Attorney
6

7

8  DATE:  April 29, 2008             By    /s/ Galatea R. DeLapp
                                           GALATEA R. DeLAPP
9                                          Attorney for Thomas Sanchez

10
                                          **ORDER**
11

12 IT IS SO ORDERED.

13 **Dated:   April 30, 2008**            /s/ **Oliver W. Wanger**
                                           UNITED STATES DISTRICT JUDGE
14