1  McGREGOR W. SCOTT
   United States Attorney
2  STANLEY A. BOONE
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                     EASTERN DISTRICT OF CALIFORNIA

10
    UNITED STATES OF AMERICA,        )   1:07-CR-0057-0WW
11                                   )
               Plaintiff,            )   STIPULATION TO CONTINUE STATUS
12                                   )   CONFERENCE and ORDER
         v.                          )
13                                   )
    THOMAS SANCHEZ,                  )
14                                   )
               Defendant.            )
15                                   )
                                     )
16

17       IT IS HEREBY STIPULATED by and between the parties hereto through their respective

18  counsel, Stanley A. Boone, Assistant United States Attorney for Plaintiff, and Galatea R. DeLapp,

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ////

27

28                                        1

Attorney for Defendant, Thomas Sanchez, that the Status Conference set for May 19, 2008, at 1:30 p.m., may be continued to May 28, 2008, at 12:00 p.m.

                                            McGREGOR W. SCOTT
                                            United States Attorney

DATED:  May 15, 2008          By    /s/ Stanley A. Boone
                                                  STANLEY A. BOONE
                                                  Assistant U.S. Attorney

DATE:  May 15, 2008           By    /s/ Galatea R. DeLapp
                                                  GALATEA R. DeLAPP
                                                  Attorney for Thomas Sanchez

**ORDER**

IT IS SO ORDERED.

**Dated:   May 15, 2008**                **/s/ Oliver W. Wanger**
                                               UNITED STATES DISTRICT JUDGE