```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  STANLEY A. BOONE
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California  93721
    Telephone:  (559) 497-4000
 5
 6
 7            IN THE  UNITED STATES DISTRICT COURT FOR THE
 8                   EASTERN DISTRICT OF CALIFORNIA
 9
    UNITED STATES OF AMERICA,    )   1:07-CR-0057-OWW
10                               )
              Plaintiff,         )   STIPULATION TO CONTINUE STATUS
11                               )   CONFERENCE  and ORDER
         v.                      )
12                               )
    THOMAS SANCHEZ,              )
13                               )
              Defendant.         )
14                               )
                                 )
15
16       IT IS HEREBY STIPULATED by and between the parties hereto
17  through their respective counsel, Stanley A. Boone,  Assistant
18  United States Attorney for Plaintiff, and Galatea R. DeLapp,
19  Attorney for Defendant, Thomas Sanchez,  that the Status
20  Conference set for May 28, 2008, at 12:00 p.m., may be continued
21  to June 2, 2008, at 1:30 p.m.
22  //
23  //
24  //
25  //
26
27
28                                 1
```

The parties further stipulate and agree that the resulting period of delay occurring May 28, 2008, and June 2, 2008, shall be excluded pursuant to 18 U.S.C. Sections 3161(h)(1)(F) and 3161(h)(1)(I).

                                    McGREGOR W. SCOTT
                                    United States Attorney

DATED:  May 27, 2008        By   /s/ Stanley A. Boone
                                    STANLEY A. BOONE
                                    Assistant U.S. Attorney

DATE:  May 27, 2008         By   /s/ Galatea R. DeLapp
                                    GALATEA R. DeLAPP
                                    Attorney for Thomas Sanchez

**ORDER**

IT IS SO ORDERED.

**Dated:   May 28, 2008**          **/s/ Oliver W. Wanger**
                                    UNITED STATES DISTRICT JUDGE