**GALATEA DeLAPP #181581**
Attorney at Law
4905 N HARRISON AVENUE
FRESNO, CALIFORNIA 93704
PHONE (559) 803-0471
FAX (559) 961-4488

ATTORNEY FOR  **THOMAS SANCHEZ**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff*,<br>v.<br>THOMAS SANCHEZ,<br>*Defendant*. | No.1:07-CR-00057-OWW<br><br>STIPULATION TO CONTINUE SENTENCING; AND ORDER THEREON |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the sentencing in the above captioned matter now scheduled for **August 11, 2008 at 01:30 PM may be continued to October 6, 2008 at 1:30 PM.**

Further, the following dates have also been agreed to between the parties regarding the pre-sentence report:

Defense informal objections due to probation and AUSA: **September 1, 2008**

Objections filed with court and served on USPO and AUSA: **September 15, 2008**

A delay of this length is necessary because counsel for defense must have major non-elective surgery and the recovery period is expected to be eight weeks.

//

//

1  The parties agree that the delay resulting from the continuance shall be excluded in the
2  interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§
3  3161(h)(8)(A).

DATED: July 1, 2008                    /s/ GALATEA DeLAPP

                                       **GALATEA  DeLAPP**
                                       Attorney for
                                       **Thomas Sanchez**

DATED: July 1, 2008                    **McGREGOR M. SCOTT**
                                       United States Attorney

                                By     /s/ Stanley A. Boone
                                       **STANLEY A. BOONE**
                                       Assistant United States Attorney
                                       Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED.

**Dated:   July 1, 2008**              /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE