IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
|     Plaintiff, ) | No. 1:07-CR-00057 OWW |
| ) | |
| vs. ) | ORDER OF RELEASE |
| ) | |
| THOMAS SANCHEZ, ) | |
| ) | |
|     Defendant. ) | |
| _____ ) | |

    The above named defendant having been sentenced to Time Served on October 6, 2008,

    IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED:__October 6, 2008_____

                               /s/ OLIVER W. WANGER
                               HONORABLE OLIVER W. WANGER
                               U.S. DISTRICT JUDGE

12/6/06 ordrelease.form

1